UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KUM NAM LEE ,

                          Petitioner,

           -against-

PROLAND MANAGEMENT,

                          Respondent.

22-cv-7728 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 13, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 13, 2022
              New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge